# United States District Court

### District of Delaware

**BANK OF AMERICA, N.A.,**

        Plaintiff,

v.

**SIP ASSETS, LLC and**
**EVERY PENNY COUNTS, INC.**

        Defendants.

**SUMMONS IN A CIVIL ACTION**

**CASE NUMBER:** 07-155

**TO:** (Name and Address of Defendant)

Every Penny Counts, Inc.
c/o Agents and Corporations, Inc.,
  Registered Agent
1201 Orange Street
One Commerce Center
Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Richard L. Horwitz, Esq. (#2246)
Kenneth L. Dorsney, Esq. (#3726)
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street
Wilmington, DE 19899
(302) 984-6000

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                MAR 20 2007

CLERK                                                              DATE

*Evette Watson*
BY DEPUTY CLERK

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 3/21/07 |
| NAME OF SERVER (PRINT) SHANE HANDLIN | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): PERSONALLY SERVED EVERY PENNY COUNTS, INC by SERVING ITS REGISTERED AGENT, AGENTS + CORPORATIONS, INC, 1201 ORANGE ST, WILM DE 19801 AT 10:00AM PERSON ACCEPTING SERVICE: KELLY DISABITINO

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/21/07
　　　　　　　　Date

Signature of Server 

Address of Server  230 N MARKET ST
　　　　　　　　　WILM DE 19801

784105

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.