## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **BANK OF AMERICA, N.A.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **C.A. NO. 07-159-GMS** |
| | ) | |
| **SIP ASSETS, LLC AND** | ) | |
| **EVERY PENNY COUNTS, INC.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### STIPULATION AND PROPOSED ORDER FOR EXTENSION OF TIME

Plaintiff Bank of America, N.A. ("BNA") and defendant Every Penny Counts, Inc. ("EPC") hereby stipulate through undersigned counsel, subject to the approval of the Court, that EPC shall have until May 10, 2007 to move, answer or otherwise plead in response to the Complaint.  In entering into this stipulation, BNA and EPC agree that the extension of time is not intended to and will not result in any prejudice to BNA.  EPC seeks this extension because it experienced some delay in getting the complaint and related papers after service on EPC's registered agent and because of other time commitments in the near future on EPC's lead counsel

/s/ Richard L. Horwitz_____
Richard L. Horwitz (DE Bar ID #2246)
Potter Anderson & Corroon LLP
1313 N. Market St., Hercules Plaza, 6th Flr.
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
Attorney for Plaintiff
Bank of America, N.A.

/s/ David L. Finger_____
David L. Finger (DE Bar ID #2556)
Finger & Slanina, LLC
One Commerce Center
1201 Orange Street, Suite 725
Wilmington, DE  19801-1155
(302) 884-6766
Attorney for defendant Every Penny
Counts, Inc.

SO ORDERED this _____ day of April, 2007.

_____

Honorable Gregory M. Sleet