IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BANK OF AMERICA, N.A. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 07-159 (GMS) |
| | ) |
| SIP ASSETS, LLC AND | ) |
| EVERY PENNY COUNTS, INC. | ) |
| | ) |
| Defendants. | ) |

**MOTION AND ORDER
FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of Steven C. Cherny, of Latham & Watkins LLP, 885 Third Avenue, Suite 1000, New York, NY 10022-4834, to represent plaintiff Bank of America, N.A. in this matter. Counsel further moves the admission pro hac vice of David A. Nelson, Jennifer L. Travers, and Amanda J. Hollis of Latham & Watkins LLP, Sears Tower, Suite 5800, Chicago, IL 60606, to represent plaintiff Bank of America, N.A. in this matter.

POTTER ANDERSON & CORROON LLP

By: */s/ Kenneth L. Dorsney*
Richard L. Horwitz (#2246)
Kenneth L. Dorsney (#3726)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6027
Fax: (302) 658-1192
rhorwitz@potteranderson.com
kdorsney@potteranderson.com

Dated: April 10, 2007
787387 / 31292

*Attorneys for Plaintiff Bank of America, N.A.*

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____        _____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☑ will be submitted to the Clerk's Office upon the filing of this motion

Date: April 10, 2007          Signed: */s/ Steven C. Cherny*
                                      Steven C. Cherny
                                      LATHAM & WATKINS LLP
                                      885 Third Avenue, Suite 1000
                                      New York, NY 10022-4834
                                      Tel: (212) 906-1200

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☑ will be submitted to the Clerk's Office upon the filing of this motion

Date: April 10, 2007         Signed: /s/ David A. Nelson
                                     David A. Nelson
                                     LATHAM & WATKINS LLP
                                     Sears Tower, Suite 5800
                                     Chicago, IL 60606
                                     Tel: (312) 876-7700

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☑ will be submitted to the Clerk's Office upon the filing of this motion

Date: April 10, 2007      Signed: */s/ Jennifer L. Travers*
                                  Jennifer L. Travers
                                  LATHAM & WATKINS LLP
                                  Sears Tower, Suite 5800
                                  Chicago, IL 60606
                                  Tel: (312) 876-7700

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☑ will be submitted to the Clerk's Office upon the filing of this motion

Date: April 10, 2007         Signed: /s/ Amanda J. Hollis
                                     Amanda J. Hollis
                                     LATHAM & WATKINS LLP
                                     Sears Tower, Suite 5800
                                     Chicago, IL 60606
                                     Tel: (312) 876-7700

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Kenneth L. Dorsney, hereby certify that on April 10, 2007, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading:

David L. Finger
Finger & Slanina, LLC
One Commerce Center
1201 Orange Street, Suite 725
Wilmington, DE 19801

I hereby certify that on April 10, 2007, I have Federal Expressed the documents to the following:

Edward Grau, Director
S.I.P. Assets, LLC
1466 Broadway, Suite 1200
New York, NY 10036

/s/ Kenneth L. Dorsney
Richard L. Horwitz
Kenneth L. Dorsney
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
kdorsney@potteranderson.com

788394 / 31292