IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BANK OF AMERICA, N.A., ) | |
| ) | |
| Plaintiff, ) | C. A. No. 07-159 (GMS) |
| ) | |
| v. ) | |
| ) | |
| SIP ASSETS, LLC and ) | |
| EVERY PENNY COUNTS, INC. ) | |
| ) | |
| Defendants. ) | |

### BANK OF AMERICA, N.A.'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, the undersigned counsel for Bank of America, N.A. ("BOA") certifies that BOA is a wholly-owned subsidiary of N.B. Holdings Corporation.

Respectfully submitted,

OF COUNSEL

POTTER ANDERSON & CORROON LLP

Steven C. Cherny
LATHAM & WATKINS LLP
885 Third Avenue, Suite 1000
New York, NY 10022-4834
Tel: (212) 906-1200
Fax: (212 751-4864

By: /s/ Kenneth L. Dorsney
    Richard L. Horwitz (#2246)
    Kenneth L. Dorsney (#3726)
    Hercules Plaza, 6th Floor
    1313 North Market Street
    P.O. Box 951
    Wilmington, DE 19899
    Tel: (302) 984-6027
    Fax: (302) 658-1192
    rhorwitz@potteranderson.com
    kdorsney@potteranderson.com

David A. Nelson
Amanda J. Hollis
Jennifer Travers
LATHAM & WATKINS LLP
Sears Tower, Suite 5800
Chicago, IL 60606
Tel: (312) 876-7700
Fax: (312) 993-9767

*Attorneys for Plaintiff*
*Bank of America, N.A.*

Dated: April 11, 2007

786881 / 31292

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Kenneth L. Dorsney, hereby certify that on April 11, 2007, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading:

David L. Finger
Finger & Slanina, LLC
One Commerce Center
1201 Orange Street, Suite 725
Wilmington, DE 19801

S.I.P. Assets, LLC
c/o Corporation Service Company
2711 Centerville Road
Suite 400
Wilmington, DE 19808

I hereby certify that on April 11, 2007, I have Federal Expressed the documents to the following:

Edward Grau, Director
S.I.P. Assets, LLC
1466 Broadway, Suite 1200
New York, NY 10036

/s/ Kenneth L. Dorsney
Richard L. Horwitz
Kenneth L. Dorsney
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
kdorsney@potteranderson.com

788394 / 31292