IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BANK OF AMERICA, N.A. | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 07-159 |
| | ) | |
| v. | ) | |
| | ) | |
| SIP ASSETS, LLC AND | ) | |
| EVERY PENNY COUNTS, INC | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME**

SIP ASSETS, LLC as Defendant named in the Complaint respectfully requests that the Court grant SIP ASSETS, LLC an additional 30 days to file a responsive pleading, and as grounds therefor, states that Defendant has been unable to obtain the services of counsel in the State of Delaware as of this date.

Wherefore, defendant prays for an order granting it additional time to file a responsive pleading up to May 9, 2007, and for whatever other order is just and proper under the circumstances.

Respectfully submitted,

_/s/ Edward Grau_
Edward Grau, Director
S.I.P Assets, LLC
1466 Broadway, Suite 1200
New York, NY, 10036
Phone: (646) 662-2366

Dated: April 6, 2007.

I, Edward Grau, hereby certify that on April 6, 2007:

I caused two copies of DEFENDANT'S MOTION FOR EXTENSION OF TIME to be served upon the following persons by Federal Express delivery:

> Clerk's Office
> United States District Court for the District of Delaware
> 844 N. King Street Room 4209
> Wilmington, DE 19801
> Phone: 302-573-6170

I caused two copies of DEFENDANT'S MOTION FOR EXTENSION OF TIME to be served upon the following persons by Federal Express delivery:

> Attn: Richard L. Horwitz, Esq. and Kenneth L. Dorsney, Esq.
> Potter Anderson & Corroon LLP
> Hercules Plaza
> 1313 North Market Street
> Wilmington, DE 19899
> Phone: 302-984-6000

Edward Grau, Director
S.I.P Assets, LLC
1466 Broadway, Suite 1200
New York, NY, 10036
Phone: (646) 662-2366