IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

BANK OF AMERICA, N.A., :
: 
        Plaintiff, :
:
v. : C.A. No. 07-159-GMS
:
S.I.P. ASSETS, LLC and :
EVERY PENNY COUNTS, INC., :
:
        Defendants. :

**VERIFICATION**

STATE OF NEW YORK    )
                                 ) SS.
COUNTY OF NEW YORK  )

      Edward Grau, being duly sworn, deposes and says that he is a member and manager of S.I.P. Assets, LLC ("SIP"), and that he has reviewed SIP's Answer to First Amended Complaint (the "Answer"), and that the facts contained in the Answer are true and correct to the best of his knowledge, information and belief.

_____
Edward Grau

SWORN TO AND SUBSCRIBED before me this ____ day of May, 2007.

_____
Notary Public

My Commission Expires:

LINDA M. CANCEL
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01CA4915186
QUALIFIED IN ORANGE COUNTY
MY COMMISSION EXPIRES DEC. 21, 2008

## CERTIFICATE OF SERVICE

Patricia L. Enerio, Esquire, hereby certifies that on May 4, 2007, copies of the foregoing Verification were served electronically on the parties listed below:

>Richard L. Horowitz, Esquire
>Potter Anderson & Corroon LLP
>1313 North Market Street
>Wilmington, DE 19801

>David L. Finger, Esquire
>Finger & Slanina, LLC
>Once Commerce Center
>1201 Orange Street, Suite 725
>Wilmington, DE 19801

>*/s/ Patricia L. Enerio*
>Patricia L. Enerio (# 3728)