IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BANK OF AMERICA, N.A., : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | C.A. No. 07-159-GMS |
| : | |
| S.I.P. ASSETS, LLC and : | |
| EVERY PENNY COUNTS, INC., : | |
| : | |
| Defendants. : | |

### **DEFENDANT S.I.P. ASSETS LLC'S MOTION TO DISMISS**

Defendant S.I.P. Assets, LLC, by and through its undersigned counsel, hereby moves, pursuant to FED. R. CIV. P. 12(b)(1), for an Order in the form attached hereto, dismissing the First Amended Complaint (D.I. 8) for lack of subject matter jurisdiction. The grounds for this Motion are set forth more fully in the accompanying opening brief.

PROCTOR HEYMAN LLP

*/s/ Patricia Enerio*
Kurt M. Heyman (# 3054)
E-mail: kheyman@proctorheyman.com
Patricia L. Enerio (# 3728)
E-mail: penerio@proctorheyman.com
Aimee M. Czachorowski (# 4670)
E-mail: aczachorowski@proctorheyman.com
1116 West Street
Wilmington, DE 19801
(302) 472-7300

Attorneys for Defendant S.I.P. Assets, LLC

Dated: May 4, 2007

## CERTIFICATE OF SERVICE

Patricia L. Enerio, Esquire, hereby certifies that on May 4, 2007 copies of the foregoing Defendant S.I.P. Assets, LLC's Motion to Dismiss were served electronically upon the following counsel:

        Richard L. Horowitz, Esquire
        Potter Anderson & Corroon LLP
        1313 North Market Street
        Wilmington, DE 19801

        David L. Finger, Esquire
        Finger & Slanina, LLC
        Once Commerce Center
        1201 Orange Street, Suite 725
        Wilmington, DE 19801

        */s/ Patricia L. Enerio*
        Patricia L. Enerio (# 3728)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BANK OF AMERICA, N.A., : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | C.A. No. 07-159-GMS |
| : | |
| S.I.P. ASSETS, LLC and : | |
| EVERY PENNY COUNTS, INC., : | |
| : | |
| Defendants. : | |

### ORDER

The Court, having considered Defendant S.I.P. Assets, LLC's Motion to Dismiss, and having found good cause therefor,

IT IS HEREBY ORDERED this _____ day of May, 2007, that the Motion is GRANTED, and that the First Amended Complaint is DISMISSED WITH PREJUDICE.

_____
United States District Court Judge