IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BANK OF AMERICA, N.A. | ) | |
|     Plaintiff | ) | |
| | ) | |
| v. | ) | C.A. NO. 07-159 GMS |
| | ) | |
| SIP ASSETS, LLC AND | ) | |
| EVERY PENNY COUNTS, INC. | ) | |
|     Defendants | ) | |

## EVERY PENNY COUNTS, INC.'S MOTION TO DISMISS, TRANSFER VENUE OR STAY

    Defendant, Every Penny Counts, Inc., ("EPC") hereby moves this Court to dismiss this action pursuant to Rule 12(b)(3) of the Federal Rules of Civil Procedure. In the alternative, EPC moves the Court to transfer this case to the United States District Court for the Middle District of Florida pursuant to 28 U.S.C. § 1404(a). Should the Court decline to transfer or dismiss this action, EPC moves the Court to stay these proceedings until the District Court of the first-filed forum, the Middle District of Florida, issues a final judgment in the related action currently pending before it.

    The basis for this motion is set forth in the accompanying Opening Brief and the exhibits thereto.

Dated: May 10, 2007

Respectfully submitted,

/s/ David L. Finger_____
David L. Finger (DE Bar ID #2556)
Finger & Slanina, LLC
One Commerce Center
1201 Orange Street, Suite 725
Wilmington, DE 19801-1155
(302) 884-6766

Attorney for Defendant
Every Penny Counts, Inc.

and

PHELPS DUNBAR LLP
Harvey S. Kauget (FL Bar ID #116254)
Karl J. Brandes (FL Bar ID #0329797)
Brent B. Barriere (LA Bar ID #2818)
David L. Patron (LA Bar ID #22566)
Harry M. Barton (LA Bar ID #29751)
100 South Ashley Drive
Suite 1900
Tampa, Florida 33602-5311
(813) 472-7550

Of Counsel for Defendant
Every Penny Counts, Inc.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| BANK OF AMERICA, N.A. | ) | |
|     Plaintiff | ) | |
| | ) | |
| v. | ) | C.A. NO. 07-159 |
| | ) | |
| SIP ASSETS, LLC AND | ) | |
| EVERY PENNY COUNTS, INC. | ) | |
|     Defendants | ) | |

## **ORDER**

Considering the foregoing Motion to Dismiss, Transfer Venue or Stay;

IT IS HEREBY ORDERED that the Motion of Every Penny Counts Inc. be GRANTED.

IT IS FURTHER ORDERED that this action be dismissed with prejudice pursuant to Rule 12(b)(3) of the Federal Rule of Civil Procedure.

Wilmington, Delaware, this _____ day of _____, 2007.

                                                            _____
                                                            Honorable Gregory M. Sleet

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| BANK OF AMERICA, N.A. | ) | |
|     Plaintiff | ) | |
| | ) | |
| v. | ) | C.A. NO. 07-159 |
| | ) | |
| SIP ASSETS, LLC AND | ) | |
| EVERY PENNY COUNTS, INC. | ) | |
|     Defendants | ) | |

**ORDER**

Considering the foregoing Motion to Dismiss, Transfer Venue or Stay;

IT IS HEREBY ORDERED that the Motion of Every Penny Counts Inc. be GRANTED.

IT IS FURTHER ORDERED that this action be transferred pursuant to 28 U.S.C. § 1404(a) to the United States District Court for the Middle District of Florida.

Wilmington, Delaware, this _____ day of _____, 2007.

                                              _____
                                              Honorable Gregory M. Sleet

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| BANK OF AMERICA, N.A. )<br>       Plaintiff )<br>)<br>v. )<br>)<br>SIP ASSETS, LLC AND )<br>EVERY PENNY COUNTS, INC. )<br>       Defendants ) | C.A. NO. 07-159 |

**ORDER**

Considering the foregoing Motion to Dismiss, Transfer Venue or Stay;

IT IS HEREBY ORDERED that the Motion of Every Penny Counts Inc. be GRANTED.

IT IS FURTHER ORDERED that the proceedings in this action be stayed until further notice from the Court.

Wilmington, Delaware, this _____ day of _____, 2007.

_____
Honorable Gregory M. Sleet

CERTIFICATE OF SERVICE

I, David L. Finger, hereby certify that on this 10th day of May, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send electronic notification to the following counsel of record:

**Richard L. Horwitz, Esq.**
Potter Anderson & Corroon, LLP
1313 N. Market St., Hercules Plaza, 6th Fl.
P.O. Box 951
Wilmington, DE 19899-0951

**Kurt M. Heyman, Esq.**
Proctor Heyman LLP
1116 West Street
Wilmington, DE 19801

/s/ David L. Finger
David L. Finger (DE Bar ID #2556)
Finger & Slanina, LLC
One Commerce Center
1201 Orange Street, Suite 725
Wilmington, DE 19801-1155
(302) 884-6766