OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170



October 25, 2007

United States District Court
for the Middle District of Florida
Suite 1200
401 West Central Boulevard
Orlando, FL 32801

RE: Bank of America, N.A. v. S.I.P. Assets, et al.
Our Civil Action No. 07-159 GMS

Dear Sir or Madam:

Pursuant to an order transferring the above captioned case to your Court, enclosed please find the following items:

(X) Certified copy of the docket sheet;
(X) Certified copy of the Order of Transfer;

Please note that the electronic case filings can be accessed through PACER by selecting the CM/ECF link on our web site at www.ded.uscourts.gov.

Please acknowledge receipt of the above items on the attached copy of this letter.

Sincerely,

Peter T. Dalleo, Clerk of Court

By: *Marie McDavid*
Deputy Clerk

Enc.

I hereby acknowledge receipt of the above listed items on  10/31/07 .

*Janet Stypper*
Signature

2:07-cv-704-FtM-29SPC

United States District Court
Lockbox 18
844 King Street
U.S. Courthouse
Wilmington, Delaware 19801